**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLOTEAL SWOOPES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BANK OF AMERICA, RISK MANAGEMENT DEPARTMENT, JOANNA GUZMAN, Banking Center Manager, STEVE OWENS, Regional District Manager, C.E.O. and SUPERVISOR RISK MANAGEMENT DEPARTMENT, DOES ONE through FIVE,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　　　／ | No. C 08-04369 WHA<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff failed to appear at the case management conference on January 7, 2009 at 3:00 p.m., as previously noticed, and is hereby **ORDERED TO SHOW CAUSE** why plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Plaintiff's sworn response is due by **NOON ON January 26, 2009**, in writing and the hearing shall be set for **JANUARY 29, 2009, at 3:00 p.m.** in Courtroom No. 9 at the federal courthouse, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: January 8, 2009

　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE