IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CLOTEAL SWOOPES,

    Plaintiff,

v.

BANK OF AMERICA, RISK MANAGEMENT DEPARTMENT, JOANNA GUZMAN, Banking Center Manager, STEVE OWENS, Regional District Manager, C.E.O. and Supervisor, Risk Management Department, and DOES ONE through FIVE,

    Defendants.
                                  /

No. C 08-04369 WHA

**NOTICE OF DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

      Defendant has filed a motion to dismiss plaintiff's complaint. Plaintiff's response was due on February 5, 2009, but a response has not been received. Ordinarily, the Court would grant the motion, but the Court will provide plaintiff with one more chance to respond. Plaintiff's response is now due by **FEBRUARY 17, 2009 AT NOON**. Defendant's reply is due by **FEBRUARY 20, 2009 AT NOON**. The hearing is still set for **FEBRUARY 26, 2009 AT 8:00 A.M.** The Court reminds plaintiff that she did not appear for the January 7 case management conference or for the January 28 hearing on the order to show cause, and her continued failure to appear will likely mean dismissal of her case on February 26.

    **IT IS SO ORDERED.**

Dated: February 9, 2009

                                                  WILLIAM ALSUP
                                                  UNITED STATES DISTRICT JUDGE